# PATRICK J. BRACKLEY
−ATTORNEY AT LAW −
233 BROADWAY, SUITE 2370
NEW YORK, NY 10279
TEL. (212) 334-3736
FAX (212) 513-7068

Via Ecf
Honorable Joanna Seybert
United States District Court Judge
Eastern District of New York
Cadman Plaza
Brooklyn, New York

Re: USA vs. Leonardi et al. 2:21-cr-00452-JS-SIL

Honorable Judge Seybert:

This letter is in reference to the above captioned matter wherein I represent Anthony Cyntje. With the Consent of the Government and Pre Trial I am requesting two particular Holiday travel accommodations and Perkins fun for Mr. Cyntje to attend.

On December 23, 2021 he is seeking to attend a birthday celebration at the Solar de Minho Restaurant on 15 Cleveland St in Belleville, New Jersey.

On Christmas Eve, December 24, 2021 he is seeking to attend a family gathering at his Aunts home at 42 North Belmont Avenue in Arlington, New Jersey.

The duration of these meetings to be reasonably set by Pre-Trial services.

Thank you for any time or consideration you give this matter. I remain,

Patrick Jerome Brackley

/s/ Patrick J. Brackley
Patrick Jerome Brackley
Attorney at Law
233 Broadway Suite 2370
New York, New York 10279
Office: 212-334-3736
Cell: 917-523-7265

Cc:  AUSA