# PATRICK J. BRACKLEY

– ATTORNEY AT LAW –
233 BROADWAY, SUITE 2370
NEW YORK, NY 10279
TEL. (212) 334-3736
FAX (212) 513-7068

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 14 2022 ★

LONG ISLAND OFFICE

April 13, 2022

Via Ecf
Honorable Joanna Seybert
United States District Court Judge
Eastern District of New York
Cadman Plaza
Brooklyn, New York

Re: USA vs. Leonardi et al. 2:21-cr-00452-JS-SIL

Honorable Judge Seybert:

    This letter is in reference to the above captioned matter wherein I represent Anthony Cyntje. With the Consent of the Government I am requesting Mr. Cyntje be permitted to attend an Easter Dinner with his family on Sunday April 17, 2022 at the Punta Cana Restaurant at 414 North Broad Street Elizabeth, New Jersey from 3-7 pm. Pre Trial Services consents to this request.

    Similarly, after consultation with Pre-Trial Officer, Edna Galarza from Trenton it is now requested that Mr. Cyntje who is currently on Electronic Monitoring be converted to "Curfew" with the hours to be determined by Pre-Trial to accommodate his work and life schedule. The Government does not oppose this application either with of course the proviso that should there be any tomfoolery this issue would be revisited immediately.

    Thank you for any time or consideration you give this matter.

I remain ,

/s/ Patrick J. Brackley
Patrick J. Brackley (PJB 6808)

SO ORDERED:

Joanna Seybert, USDJ
Dated: 4-14-22
Central Islip, NY