UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------X
UNITED STATES OF AMERICA

-against-

Anthony Cyntje,
                        **Defendant**
-----------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 30 2022 ★

LONG ISLAND OFFICE
**STANDARD PLEA FORM**

21 -CR- 0452 (JS)

THE DEFENDANT IS OBLIGATED TO READ AND COMPLETE

THE QUESTIONS AS SET FORTH BELOW.

THE GOVERNMENT MUST FIRST ANSWER QUESTIONS **25, 26, 27** and **52**

BEFORE THE DEFENDANT FILLS OUT THIS PLEA FORM.

**TO THE DEFENDANT:**

(1) Before accepting your plea, there are a number of questions I must ask to assure that it is a valid plea. If you do not understand any of my questions, please say so and I will reword the question.

(2) The Courtroom Deputy will swear the defendant.

(3) Do you understand that, having been sworn, your answers to my questions will be subject to the penalties of perjury or of making a false statement if you do not answer truthfully?

YES ✓  NO ___

(4) What is your full name?

ANTHONY A CYNTJE

(5) How old are you?

24

- 1 -

(6) Are you a citizen of the United States? (*If you are NOT a citizen, answer questions 6A and 6B.*)

YES ✓  NO ____

(6A) Have you discussed with your counsel whether your guilty plea will have any effect on your ability to remain in this country?

YES ____ NO ____ N/A

(6B) Are you satisfied that you understand the effect that a guilty plea in this case may have on your right to remain in this country after any sentence is served?

YES ____ NO ____ N/A

(7) What is the highest schooling or education you have had?

COLLEGE 2 1/2 YEARS

(8) Are you presently or have you been recently under the care of a physician or psychiatrist?

YES ____ NO ✓

(9) In the past 24 hours, have you taken any narcotic drugs, medicine or pills or drunk any alcoholic beverage?

YES ____ NO ✓

(10) Have you ever been hospitalized or treated for narcotic addiction?

YES ____ NO ✓

(11) Is your mind clear?

YES ✓ NO ____

(12) Do you understand what is going on here during this proceeding?

YES ✓ NO ____

**TO DEFENSE COUNSEL:**

(13) Have you discussed this matter with your client?

YES ✓ NO ____

-2-

(14) Does he/she understand the rights he/she would be waiving by pleading guilty?

YES ✓ NO ____

(15) Is he/she capable of understanding the nature of these proceedings?

YES ✓ NO ____

(16) Do you have any doubt as to the defendant's competency to plead at this time?

YES ____ NO ✓

**TO THE DEFENDANT:**

(17) You have a right to plead not guilty.

Do you understand?

YES ____ NO ____

(18) If you plead not guilty, under the constitution and laws of the United States, you are entitled to a speedy and public trial by jury with the assistance of counsel on the charges.

Do you understand?

YES ✓ NO ____

(19) At the trial, you would be presumed to be innocent. The Government would have to overcome that presumption and prove you guilty by competent evidence and beyond a reasonable doubt. You would not have to prove that you are innocent. If the Government failed, the jury would have the duty to find you not guilty.

Do you understand?

YES ✓ NO ____

(20) In the course of the trial, witnesses for the Government will have to come to court and testify in your presence and your counsel will have the right to cross-examine them and object to evidence offered by the Government and to offer evidence on your behalf.

Do you understand?

YES ✓ NO ____

- 3 -

(21) At the trial, while you would have the right to testify if you choose to do so, you will not be required to testify. Under the Constitution of the United States, you cannot be compelled to incriminate yourself. If you decided not to testify, the Court would instruct the jury that they could not hold that against you.

Do you understand?

YES ✓  NO ____

(22) If you plead guilty, and if I accept the plea, you will be giving up your constitutional rights to a trial and the other rights I have just discussed. There will be no further trial of any kind and no right to appeal, or collaterally attack, the question of whether you are guilty or not. A judgment of guilty will be entered based on your guilty plea and that judgment can never be challenged. However, you may have the right to appeal with respect to the sentence imposed.

Do you understand?

YES ✓  NO ____

(23) If you plead guilty, I will have to ask you questions about what you did to satisfy myself that you are guilty of the charge(s) to which you seek to plead guilty. You will have to answer my questions and acknowledge your guilt; thus, you will be giving up your right not to incriminate yourself.

Do you understand?

YES ✓  NO ____

(24) Are you willing to give up your right to a trial and the other rights I have just discussed?

YES ✓  NO ____

**TO THE GOVERNMENT:**

(25) What agreement, if any, do you have concerning the plea and sentence?

*(Please print clearly and legibly.)*

Plea agreement

(26) List whether there is any waiver of appeal, or other waiver of rights included in the plea agreement: *(Please print clearly and legibly.)*

appeal waiver of 181 months' imprisonment

(27) List the elements of the crime charged in the (Superseding) Indictment/Information:

*(Please print clearly and legibly.)*

Count 1 - between June 2019 + June 2021, defendant knowingly and intentionally agreed with others to distribute cocaine; and within the Eastern District of New York

Count 2 - in June 2020, the defendant knowingly and intentionally used a firearm; in connection with a drug trafficking crime; within the Eastern District of New York

**TO THE DEFENDANT:**

(28) Are you aware of the elements of the crime which you are charged and which you are to plead guilty to?

YES ✓  NO ____

(29) Have you discussed with your counsel the charge(s) and the (Superseding) Indictment/Information to which you intend to plead guilty?

YES ✓  NO ____

(30) Do you understand the charge(s) in the (Superseding) Indictment/Information which you are pleading guilty to?

YES ✓  NO ____

(31) Do you know the maximum sentence and any fines I might impose on each of the charges to which you are seeking to plead guilty to?

YES ✓  NO ____

(32) The maximum possible penalty under count __1__ is __20__ months/~~years~~ imprisonment, plus a fine of $ __1,000,000__ . *(If there are more than one count to which the defendant intends to plea, please answer (32A and 32B), as needed.)*

(32A) The maximum possible penalty under count __2__ is __Life__ months/years imprisonment, plus a fine of $ __250k__ .

(32B) The maximum possible penalty under count ____ is ____ months/years imprisonment, plus a fine of $ ____ .

(33) Do you realize that there is a $100 Special Assessment fine for each count? Corporate defendant(s) have a $400.00 Special Assessment fine for each count.

YES ✓  NO ____

(34) Do you realize that the Court may order Restitution to be paid to any victims of the crime?

YES ✓  NO ____

MIN ON count 1 is 0.

MIN PENALTY COUNT 2 is 5 YEARS.

(35) Do you realize that if any time of imprisonment is imposed, a period of _____ years of Supervised Release must be imposed to follow?

YES ✓ NO ____

(36) Have you discussed the Sentencing Guidelines with your attorney?

YES ✓ NO ____

(37) Do you understand that the Sentencing Guidelines are not mandatory, but that in sentencing, the Court is required to consider the applicable guideline range along with the statutory factors listed in **18 U.S.C. § 3553(a)**, and that the Court will consider the nature and circumstances of the offence and your criminal history?

YES ✓ NO ____

(38) I will now read the statutory factors listed in **18 U.S.C. § 3553(a)**:

The court must impose a sentence sufficient, but not greater than necessary:

    1 a) to reflect the seriousness of the offense,

    b) to promote respect for the law, and

    c) to provide just punishment for the offense;

    2) to afford deterrence as to other criminal conduct; and

    3) to protect the public from further crimes by you.

At sentencing, the Court must also consider your cooperation if the Government submits a 5K1.1 letter.

(39) Has your attorney explained these factors listed in **18 U.S.C. § 3553(a)**?

YES ✓ NO ____

(40) Do you realize that if the sentence is more severe than you expected, you will be bound by your guilty plea and will not be permitted to withdraw it?

YES ✓ NO ____

(41) Do you have any questions you would like to ask me about the charge(s), your rights, or anything else relating to this matter?

YES _____ NO __✓__

(42) Are you ready to plead?

YES __✓__ NO _____

## TO DEFENSE COUNSEL:

(43) Do you know any legal reason why your client should not plead guilty?

YES _____ NO __✓__

## TO THE DEFENDANT:

(44) Are you satisfied with your legal representation up until this point?

YES __✓__ NO _____

(45) Do you believe your lawyer has done a good job?

YES __✓__ NO _____

(46) What is your plea?

GUILTY __✓__ NOT GUILTY _____

(47) Are you making the plea of guilty voluntarily and of your own free will?

YES __✓__ NO _____

(48) Has anyone threatened or forced you to plead guilty?

YES _____ NO __✓__

(49) Other than the agreement with the Government as stated on the record, has anyone made any promises that caused you to plead guilty?

YES _____ NO __✓__

(50) Has anyone made any promise to you as to what your sentence will be?

YES _____ NO __✓__

(51) Describe in your own words what you did in connection with the acts charged in count(s) _____ of the (Superseding) Indictment/Information in which you are pleading guilty: *(Please print clearly and legibly.)*

> I drove a vehicle from NJ to Long Island in possession of a weapon knowing there were narcotics in the vehicle. The drugs were put in my vehicle by another person.

(52) The Government will now outline their proof of the crime charged in the (Superseding) Indictment/Information: *(Please print clearly and legibly.)*

(53) Based upon the information given to me, I find the defendant is acting voluntarily, fully understands his/her rights and the consequences of his/her plea and that there is a factual basis for the plea. I, therefore, accept the plea of guilty to count(s)_____ of the (Superseding) Indictment/Information.

**SIGNATURE:**

_____
(Defendant)

ANTHONY CYNTJE
(Defendant – Printed Name)

_____
(Counsel)

PATRICK J. BRACKLEY, ESQ.
(Counsel – Printed Name)

**Address:**

233 BROADWAY - Suite 2370

NY NY 10279

**Phone:** (212) 334-3736

Revised: 12/14/2020

- 10 -