

U.S. Department of Justice

United States Attorney
Eastern District of New York

610 Federal Plaza
Central Islip, New York 11722

FR:MMO
F. #2021R00258

July 22, 2022

By ECF
The Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:   United States v. Anthony Cyntje
             <u>Criminal Docket No. 21-0452 (S-1) (JS)</u>

Dear Judge Seybert:

      Enclosed please find a proposed Preliminary Order of Forfeiture (the "Preliminary Order") in the above-referenced case, the terms of which the defendant, Anthony Cyntje, has agreed to in connection with his guilty plea accepted by Your Honor on June 30, 2022. The government respectfully requests that the Court "so order" and enter the enclosed Preliminary Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/ Madeline O'Connor
      Madeline O'Connor
      Assistant U.S. Attorney
      (631) 715-7870

Encl.: Preliminary Order of Forfeiture
cc:    Counsel of Record (by ECF)